FORM B5(10/05)

# FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>CPAOFFERS.COM, INC. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.)<br>IL CORP FILE NO. 64085859 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>c/o Brian Hastreiter, Registered Agent<br>19989 S. LaGrange Road<br>Frankfort, IL 60423 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Will | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
- ■ Chapter 7     ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
- ☐ Debts are primarily consumer debts
- ■ Debts are primarily business debts

BRIEFLY DESCRIBE NATURE OF BUSINESS

TYPE OF DEBTOR
- ☐ Individual     ☐ Stockbroker     ☐ Clearing Bank
- ☐ Partnership   ☐ Commodity Broker   ☐ Health Care Business
- ■ Corporation   ☐ Railroad
- ☐ Other: _____

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS (Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Name of Debtor __CPAOFFERS.COM, INC__

OFFICIAL FORM 5 - Involuntary Petition - Page 2
(10/05)

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _(signature)_
Signature of Petitioner or Representative (State title)

V&R Media, Inc., By Dax Valdez, CEO    July 7, 2006
Name of Petitioner                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Dax Valdez, CEO
c/o V&R Media, Inc.
6464 Sunset Blvd., Ste. #819
Los Angeles, CA 90028

X /s/ Adam P. Silverman, Esq.    July 7, 2006
Signature of Attorney             Date

Adam P. Silverman, Esq.
Name of Attorney Firm (If any)

Adelman & Gettleman, Ltd.
53 W. Jackson Blvd., Suite 1050
Chicago, IL 60604
Address

Telephone No. __312-435-1050__

---

X _____
Signature of Petitioner or Representative (State title)

LinkMedia Communications, Inc., By Kevin Needham    July 7, 2006
Name of Petitioner                                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Kevin Needham, President
c/o LinkMedia Communications, Inc.
d/b/a Adreporting.com
P.O. Box 74 Mill Bay
BC, Canada V0R2P0

X /s/ Adam P. Silverman, Esq.    July 7, 2006
Signature of Attorney             Date

Adam P. Silverman, Esq.
Name of Attorney Firm (If any)

Adelman & Gettleman, Ltd.
53 W. Jackson Blvd., Suite 1050
Chicago, IL 60604
Address

Telephone No. __312-435-1050__

---

X _____
Signature of Petitioner or Representative (State title)

_____    _____
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:

X _____    _____
Signature of Attorney    Date

Name of Attorney Firm (If any)

Address
Telephone No. _____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| V&R Media, Inc., By Dax Valdez, CEO<br>6464 Sunset Blvd., Ste. #819<br>Los Angeles, CA 90028 | Trade Debt | $174,903.00 |
| LinkMedia Communications, Inc., By Kevin Needham<br>d/b/a Adreporting.com<br>P.O. Box 74 Mill Bay<br>BC, CANADA V0R2P0 | Trade Debt | $704.00 |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>175,607.00 |

__0__ continuation sheets attached

Name of Debtor  CPAOFFERS.COM, INC.

Case No. _____

OFFICIAL FORM 5 - Involuntary Petition - Page 2
(10/05)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>V&R Media, Inc., By Dax Valdez, CEO     July 7, 2006<br>Name of Petitioner                                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Dax Valdez, CEO<br>c/o V&R Media, Inc.<br>6464 Sunset Blvd., Ste. #819<br>Los Angeles, CA 90028 | X /s/ Adam P. Silverman, Esq.         July 7, 2006<br>Signature of Attorney                         Date<br><br>Adam P. Silverman, Esq.<br>Name of Attorney Firm (If any)<br><br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Blvd., Suite 1050<br>Chicago, IL 60604<br>Address<br>Telephone No.  312-435-1050 |
| X /s/ Ké Need____ CEO<br>Signature of Petitioner or Representative (State title)<br><br>LinkMedia Communications, Inc., By Kevin Needham  July 7, 2006<br>Name of Petitioner                                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Kevin Needham, President<br>c/o LinkMedia Communications, Inc.<br>d/b/a Adreporting.com<br>P.O. Box 74 Mill Bay<br>BC, Canada V0R2P0 | X /s/ Adam P. Silverman, Esq.         July 7, 2006<br>Signature of Attorney                         Date<br><br>Adam P. Silverman, Esq.<br>Name of Attorney Firm (If any)<br><br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Blvd., Suite 1050<br>Chicago, IL 60604<br>Address<br>Telephone No.  312-435-1050 |
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>_____     _____<br>Name of Petitioner                                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity: | X _____          _____<br>Signature of Attorney                         Date<br><br>_____<br>Name of Attorney Firm (If any)<br><br>_____<br>Address<br>Telephone No. _____ |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| V&R Media, Inc., By Dax Valdez, CEO<br>6464 Sunset Blvd., Ste. #819<br>Los Angeles, CA 90028 | Trade Debt | $ 174,903.00 |
| LinkMedia Communications, Inc., By Kevin Needham<br>d/b/a Adreporting.com<br>P.O. Box 74 Mill Bay<br>BC, CANADA V0R2P0 | Trade Debt | $ 704.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>175,607.00 |

0  continuation sheets attached